BARNEY CAVANAUGH HARDWARE COMPANY, A CORPOR-
ATION, THE STANDARD GUANO AND CHEMICAL
MANUFACTURING COMPANY, A CORPORATION,
THOMAS G. BUSH, JASPER S. KNIGHT AND ROBERT
F. NEVILLE, COPARTNERS UNDER THE FIRM NAME
AND STYLE OF T. G. BUSH & COMPANY, AND LOUIS
LOWENSTEIN AND MARCUS LOWENSTEIN, COPART-
NERS UNDER THE FIRM NAME AND STYLE OF LOW-
ENSTEIN BROTHERS, PLAINTIFFS IN ERROR, VS.
HENRY H. LEWIS AND WILLIAM A. LEWIS,
COPARTNERS UNDER THE FIRM NAME AND STYLE
OF LEWIS AND BROTHER, AND CALLIE H. LEWIS,
DEFENDANTS IN ERROR.

Claim—Chattel Mortgage with no right to possession can not
maintain.

A party holding a bare mortgage upon personal property in this
State, with no right to present possession of such property,
cannot maintain a statutory claim proceeding for such
property, as against attaching creditors of the mortgagor
thereof.

Writ of Error to the Circuit Court for Jackson
County.

The facts of the case are stated in the opinion of the
Court.

*Benj. S. Liddon,* for Plaintiffs in Error.

*John H. Carter, Wilson & Boone* and *R. H. Walker,*
for Defendants in Error.

(Mr. Justice Carter, being disqualified, took no part
in the decision of this case.)

TAYLOR, C. J.

On the 8th day of November, 1892, the defendants in error filed their petition in the Circuit Court of Jackson county against the plaintiffs in error as follows :.

In the Circuit Court of Jackson County, Florida.